**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CV-23717-MOORE/Elfenbein

**PATRYCIA KRATIUK**,

     Plaintiff,

 v.

**TRANS UNION LLC**, *et al.*,

     Defendants.

_____/

## ORDER AFTER DISCOVERY HEARING

**THIS CAUSE** is before the Court on Plaintiff Patrycia Kratiuk's ("Kratiuk") Notice of Discovery Hearing (the "Notice"), ECF No. [46].  The Notice alerted the Court that the Parties required assistance with the following discovery disputes:

1. Defendant IC System Inc.'s ("IC System") objections and failure to respond to Interrogatory No. 6.  *See* ECF No. [46] at 1.

2. IC System's objections and failure to respond to Requests for Production Nos. 8 and 9.  *See* ECF No. [46] at 1.

The Court held a hearing on the discovery disputes listed in the Notice on March 13, 2026 (the "Hearing").  *See* ECF No. [47].  At the Hearing, Kratiuk made an Oral Motion to Compel IC System to Produce Better Answers to Interrogatory No. 6 ("Oral Motion to Compel Better Rog Answers").  *See* ECF No. [48].  Kratiuk also made an Oral Motion to Compel IC System to Produce Better Responses to Request for Production Nos. 8 and 9 ("Oral Motion to Compel RP Responses").  *See* ECF No. [49].

The Court ruled on both Oral Motions at the Hearing.  To memorialize its rulings, it writes the instant Order.

CASE NO. 25-CV-23717-MOORE/Elfenbein

1. **Oral Motion to Compel Better Rog Answers, ECF No. [48]**

For the reasons stated on the record, the Oral Motion to Compel Better Rog Answers, **ECF No. [48]**, is **GRANTED** and IC System's objections are **OVERRULED**.  Specifically, Defendant **SHALL** provide a better Answer to Interrogatory No. 6 because Kratiuk pled punitive damages under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*, (the "FCRA") in her Complaint, making the financial information sought in Interrogatory No. 6 relevant.  The FCRA allows for the recovery of punitive damages for willful violations.  *See generally* 15 U.S.C. § 1681n.  Further, the Court finds, over IC System's objections, that the discovery mechanisms provided in Florida Statute § 768.72 are inapplicable to cases based solely on federal questions, as is the case here; therefore, Kratiuk is not required to make an evidentiary showing before obtaining discovery relevant to punitive damages.  *See generally* 15 U.S.C. § 1681n.  Accordingly, **no later than April 10, 2026,** IC System **SHALL** provide a better Answer to Interrogatory No. 6.

2. **Oral Motion to Compel RP Responses, ECF No. [49]**

For the reasons stated on the record, Kratiuk's Oral Motion to Compel RP Responses, **ECF No. [49]**, is **GRANTED** and IC System's objections are **SUSTAINED in part and OVERRULED in part**.  With respect to Request for Production No. 8, the Court finds that the financial information Kratiuk seeks through this discovery request is discoverable for the same reasons discussed at the Hearing and memorialized in § 1.  The Court, however, finds Request for Production No. 8 is overly broad in scope because it requests net worth information dating back three years.  For purposes of punitive damages, it is important to provide the jury with a picture of IC System's most current net worth or financial picture, so financial worth information dating back two years is sufficient. Accordingly, **no later than April 10, 2026,** IC System **SHALL** produce information responsive to Request for Production No. 8 dating back two years.

With respect to Request for Production No. 9, the Court finds that the financial information

CASE NO. 25-CV-23717-MOORE/Elfenbein

Kratiuk seeks through this discovery request is discoverable for the same reasons discussed at the hearing and memorialized in § 1.  The Court imposes the same temporal limitation on  Request for Production No. 9 as it does for Request for Production No. 8 for the same reasons described above in § 2.  Accordingly, **no later than April 10, 2026,** IC System **SHALL** produce information responsive to Request for Production No. 9.

     **DONE and ORDERED** in Chambers in Miami, Florida on March 17, 2026.

_____

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:

Counsel of Record

3